# LEE LITIGATION GROUP, PLLC
148 W. 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 03 2019

WRITER'S DIRECT:   212-465-1188
                   cklee@leelitigation.com

December 2, 2019

**VIA ECF**
The Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: DEC 03 2019

Re:   *Marett v. MTA, et al.* – Request for Extension of Time to Amend the Complaint and Join Additional Party
      Case No. 19-cv-05144-GBD

Dear Judge Daniels:

We are counsel to Plaintiff Lucia Marett in the above-referenced matter. We write to respectfully request an extension of time from the current Wednesday, December 4, 2019 deadline, *see* ECF No. 31, to Monday, December 9, 2019 to amend the complaint and join an additional Plaintiff, Alan Posner, to this case.

The reason for this request is that Plaintiff's counsel received by mail an executed retainer from Mr. Posner on Wednesday, November 27. Plaintiff's counsel requests the above extension of time to join Mr. Posner as a party and add his individual claims to the complaint.

This is Plaintiff's first request for the relief requested herein. Defendants do not oppose this request.

We thank Your Honor for your consideration of this matter.

Respectfully submitted,

*/s/ C.K. Lee*

C.K. Lee, Esq.

cc: all parties via ECF