UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
LUCIA MARETT et al.,

                                Plaintiffs,

-against-

Metropolitan Transportation Authority et al.,

                               Defendants.
------------------------------------------x

ORDER

19 Civ. 5144 (GBD) (RWL)

GEORGE B. DANIELS, United States District Judge:

The April 14, 2020 conference is adjourned to June 16, 2020 at 9:45 a.m.

Dated: New York, New York
      March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge