UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

LUCIA MARETT et al.,

                               Plaintiffs,

        -against-

METROPOLITAN TRANSPORTATION AUTHORITY
et al.,

                             Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 8 2020

<u>ORDER</u>

19 Civ. 5144 (GBD) (RWL)

GEORGE B. DANIELS, United States District Judge:

The June 16, 2020 conference is adjourned to September 8, 2020 at 9:45 a.m.

Dated: New York, New York
       June 8, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge