**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LUCIA MARETT et al.,                                  :

                      Plaintiffs,      :

          -against-                              :

METROPOLITAN TRANSPORTATION AUTHORITY :
et al.,                                               :

                   Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 5144 (GBD) (RWL)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for September 8, 2020 at 9:45 a.m. is canceled.  The parties are

directed to proceed before Magistrate Judge Robert W. Lehrburger as scheduled, (*See* Order of

Reference, ECF No. 29.)

Dated: New York, New York
       August 24, 2020

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge