UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIA MARETT and ALAN POSNER, on behalf of themselves and all others similarly situated,

                    Plaintiff,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY, and NEW YORK CITY TRANSIT AUTHORITY,

                    Defendants.

19-cv-05144 (GBD) (RWL)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed Declaration of Helene R. Hechtkopf and the exhibits thereto, and Defendants' Memorandum of Law, Defendants METROPOLITAN TRANSPORTATION AUTHORITY and NEW YORK CITY TRANSIT AUTHORITY move this Court, before the Honorable Robert W. Lehrburger, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order enforcing the settlement agreement reached between the parties and dismissing this action with prejudice, together with such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       September 18, 2020

HOGUET NEWMAN REGAL & KENNEY, LLP

_____
Helene R. Hechtkopf (HH7402)
Miriam J. Manber (MM0263)
One Grand Central Place
60 East 42nd Street, 48th Floor
New York, NY 10165
Phone: 212-689-8808

*Attorneys for Defendants*