# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

August 13, 2021

**Via ECF**
The Honorable Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2021

Re:   *Marett v. Metropolitan Transportation Authority et al*
      Case No. 19-cv-05144

Dear Judge Lehrburger:

We are counsel to Plaintiffs in the above-captioned action. We write jointly with counsel to Defendants to respectfully request that the Court refer the parties to the SDNY Mediation Panel. The parties have recently reinitiated serious settlement discussions and believe that, with the help of a mediator, they may reach a mutually agreeable resolution to this lawsuit. In addition, the parties jointly request that all deadlines in this case be stayed for ninety (90) days pending the outcome of the mediation, to minimize the possibly needless expenditure of resources. The parties will update the Court within one week of the mediation.

We thank the Court for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

---

Request granted. The case is STAYED for a period of 90 days. The Court will issue a separate order referring the parties to mediation. Within 7 days of conclusion of the mediation, the parties shall so advise the Court.

SO ORDERED:
8/13/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE