

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIA MARETT and ALAN POSNER, on behalf of themselves and all others similarly situated,

                                  Plaintiffs,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY, AND NEW YORK CITY TRANSIT AUTHORITY,

                                  Defendants.

19-cv-05144 (GBD) (RWL)

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the parties that the above-referenced proceeding is hereby dismissed, with prejudice, and without costs or fees to any party other than those described in the separately-executed settlement agreement, and an order to that effect may be entered without further notice.

DATED: October 5, 2021

LEE LITIGATION GROUP, PLLC

By: _____
    CK Lee
    Rony Guldmann
148 West 24th Street
8th Floor
New York, NY 10011

*Attorneys for Plaintiffs Lucia Marett and Alan Posner*

HOGUET NEWMAN
REGAL & KENNEY, LLP

By:_____
Helene R. Hechtkopf
Ira J. Lipton
Miriam J. Manber
One Grand Central Place
60 East 42nd Street, 48th Floor
New York, NY 10165
Phone: 212-689-8808

*Attorneys for Defendants Metropolitan Transportation Authority and New York City Transit Authority*

**SO ORDERED:** *George B. Daniels*
The Hon. George B. Daniels
United States District Judge

OCT 12 2021